JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JONATHAN POWELL, ESQ.
Nevada Bar No. 9153
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 facsimile
jsilvestri@pyattsilvestri.com

Attorneys for Plaintiff,
GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEICO CASUALTY COMPANY, a Maryland company;<br>Plaintiff,<br>vs.<br>PAUL SCHNEIDER, individually; KIMBERLY SCHNEIDER, individually; and CASANDRA SCHNEIDER, individually,<br>Defendants. | CASE NO.: 2:17-cv-00961-APG-VCF<br><br>PLAINTIFF GEICO CASUALTY COMPANY'S PROPOSED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER |

**THIS MATTER**, having come before this Honorable Court on June 29, 2017 in PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (ECF No. 21), and for good cause shown, having been granted on July 21, 2017 (ECF No. 22),

**IT IS HEREBY ORDERED THAT** the two affidavits of Karen Brinster be filed under seal.

///

///

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 1 of 4

**IT IS FURTHER ORDERED THAT** the two affidavits of Karen Brinster, and the information contained therein, only be disclosed to Defendants, Defendants' Counsel and staff, any retained experts or consultants, and any authorized mediators, arbitrators, reinsurers, auditors or regulators, or any other party as designated by this Honorable Court.

**IT IS FURTHER ORDERED THAT** Defendants, Defendants' Counsel and staff, any retained experts or consultants, and any authorized mediators, arbitrators, reinsurers, auditors or regulators, or any other party as designated by this Honorable Court, shall not disclose the two affidavits, or the information contained therein, to any party not bound by this Order. To "disclose" the affidavits, or any information contained therein, means to provide one or both affidavits, to provide any documents which discuss either affidavit, or to discuss or refer to any of the contents of either of the affidavits.

**IT IS FURTHER ORDERED THAT** the two affidavits of Karen Brinster, and the information learned from them, are not to be used in any fashion other than for the purposes of evaluating the Insureds' present claims in relation to the instant litigation. The affidavits and the information learned from them are not to be used in the related state case in the Eighth Judicial District Court, *Paul Schneider, et al. vs. Innette Lewis*, Case No. A-16-734700. If any other future litigation would result, the confidential information from the two affidavits is to be kept confidential to the greatest extent possible, even within the confines of any other potential litigation.

**IT IS FURTHER ORDERED THAT** after final disposition of the instant matter, whether through settlement or any other fashion, the obligations imposed by this Order shall remain in effect. The Parties and Counsel for the Parties shall not discuss the two affidavits or information gleaned from the two affidavits at all with any person or party at any time after conclusion of the instant case. The Defendants agree to return the two affidavits, and any copies made of the two affidavits or partial copies or reproductions, to Plaintiff and its counsel at the conclusion of the instant case.

///

///

**IT IS FURTHER ORDERED THAT** any person subject to this Order, who receives either the affidavits or any information contained therein, shall not disclose the affidavits, or any information contained therein, to anyone else except as expressly permitted by this Order. Furthermore, any designated and approved person, beyond Defendants and Defendants' Counsel and Defendants' Counsel's staff, that receives either the affidavits, or any information contained therein, shall be bound by the terms of this Order and shall sign an acknowledgment and agreement to be bound by this Order.

**DATED** this _28th_ day of July, 2017.

PYATT SILVESTRI

_____
JONATHAN POWELL, ESQ.
Nevada Bar No. 9153
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com

Attorneys for Plaintiff,
GEICO CASUALTY COMPANY


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-21-2017

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 28 day of July, 2017, I deposited in the United States Mail at Las Vegas, Nevada, postage fully prepaid, a true and correct copy of the foregoing PLAINTIFF' GEICO CASUALTY COMPANY'S PROPOSED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER, and I also electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

David F. Sampson, Esq.
200 E. Charleston Blvd.
Las Vegas, NV 89104
david@davidsampsonlaw.com
Attorney for Defendants,

/s/ Janet Wakimura
An employee of PYATT SILVESTRI

Page 4 of 4

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000