JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

Attorney for Defendant,
GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEICO CASUALTY COMPANY, a Maryland Company;<br>　　　　plaintiff,<br>vs.<br>PAUL SCHNEIDER, individually;<br>KIMBERLY SCHNEIDER, individually; and<br>CASANDRA SCHNEIDER, individually,<br>　　　　Defendants. | CASE NO.: 2:17-cv-00961-APG-VCF |

## STIPULATION AND ORDER RESETTING HEARING TO DISCUSS THE SCHEDULING AND DETAILS OF A TRIAL PURSUANT TO ECF NO. 45

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, GEICO CASUALTY COMPANY, by and through its attorney, James P.C. Silvestri, Esq., of the law firm of PYATT SILVESTRI, and Defendants, PAUL SCHNEIDER, KIMBERLY SCHNEIDER, and CASANDRA SCHNEIDER, by and through their attorney, David F. Sampson, Esq., that the hearing to discuss the scheduling and details of a trial pursuant to ECF No. 45, be vacated and continued to the Court's next available date after August 3, 2018, due to Plaintiff, GEICO CASUALTY COMPANY's attorney, James P.C. Silvestri, Esq. will be out of the country July 17, 2018 through August 3, 2018.

///

///

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

1

*CASE NO.: 2:17-cv-00961-APG-VCF*
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER RESETTING HEARING*

James P.C. Silvestri, Esq., counsel for Plaintiff, GEICO CASUALTY COMPANY, proposes the following dates and times for the hearing:

**August 8, 2018 - after 11:00 a.m.; and**
**August 15, 2018 – after 1:00 p.m.**

DATED this 16th day of July, 2018.

| PYATT SILVESTRI | LAW OFFICE OF DAVID SAMPSON |
|---|---|
| /s/ James P.C. Silvestri | |
| JAMES P.C. SILVESTRI, ESQ. | DAVID F. SAMPSON, ESQ. |
| Nevada Bar No. 3603 | Nevada Bar No. 6811 |
| 701 Bridger Avenue, Suite 600 | 200 E. Charleston Blvd. |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89104 |
| jsilvestri@pyattsilvestri.com | david@davidsampsonlaw.com |
| Attorney for Defendant, | Attorney for Defendants |
| GEICO CASUALTY COMPANY | |

## ORDER

**IT IS HEREBY ORDERED** that the hearing set for July 18, 2018 to discuss the scheduling and details of trial is **VACATED** and **CONTINUED** to <u>Wednesday, August 8, 2018 at 11:30 a.m.</u> before Honorable Andrew P. Gordon in LV Courtroom 6C.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
July 17, 2018

SUBMITTED BY:

PYATT SILVESTRI

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com
Attorney for Defendant,
GEICO CASUALTY COMPANY

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

2

CASE NO.: 2:17-cv-00961-APG-VCF
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER RESETTING HEARING*

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, July 16, 2018, I received concurrence from Defendants' counsel, David F. Sampson, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 16th day of July, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 16th day of July, 2018, I electronically filed the foregoing **STIPULATION AND ORDER RESETTING HEARING TO DISCUSS THE SCHEDULING AND DETAILS OF A TRIAL PURSUANT TO ECF NO. 45** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

David F. Sampson, Esq.
LAW OFFICE OF DAVID SAMPSON
200 E. Charleston Blvd.
Las Vegas, NV 89104
david@davidsampsonlaw.com
Attorney for Defendants

/s/ Barbara Abbott
An employee of PYATT SILVESTRI

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

3

CASE NO.: 2:17-cv-00961-APG-VCF
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER RESETTING HEARING*