JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

Attorney for Defendant,
GEICO CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEICO CASUALTY COMPANY, a Maryland Company;<br>　　　　　plaintiff,<br>vs.<br>PAUL SCHNEIDER, individually;<br>KIMBERLY SCHNEIDER, individually; and<br>CASANDRA SCHNEIDER, individually,<br>　　　　　Defendants. | CASE NO.: 2:17-cv-00961-APG-VCF |

### **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

| PYATT SILVESTRI | LAW OFFICE OF DAVID SAMPSON |
|---|---|
| /s/ James P.C. Silvestri | /s/ David F. Sampson |
| JAMES P.C. SILVESTRI, ESQ. | DAVID F. SAMPSON, ESQ. |
| Nevada Bar No. 3603 | Nevada Bar No. 6811 |
| 701 Bridger Avenue, Suite 600 | 200 E. Charleston Blvd. |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89104 |
| jsilvestri@pyattsilvestri.com | david@davidsampsonlaw.com |
| Attorney for Defendant,<br>GEICO CASUALTY COMPANY | Attorney for Defendants |

///

///

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

1

*CASE NO.: 2:17-cv-00961-APG-VCF*
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE*

# ORDER

Pursuant to the foregoing Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 16, 2018.

SUBMITTED BY:

PYATT SILVESTRI

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com
Attorney for Defendant,
GEICO CASUALTY COMPANY

2

*CASE NO.: 2:17-cv-00961-APG-VCF*
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE*

**Pyatt Silvestri**
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, August 15, 2018, I received concurrence from Defendants' counsel, David F. Sampson, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of August, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 15th day of August, 2018, I electronically filed the foregoing **STIPULATION AND ORDER RESETTING HEARING TO DISCUSS THE SCHEDULING AND DETAILS OF A TRIAL PURSUANT TO ECF NO. 45** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

David F. Sampson, Esq.
LAW OFFICE OF DAVID SAMPSON
200 E. Charleston Blvd.
Las Vegas, NV 89104
david@davidsampsonlaw.com
Attorney for Defendants

/s/ *Barbara Abbott*
An employee of PYATT SILVESTRI

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

3

*CASE NO.: 2:17-cv-00961-APG-VCF*
*Geico Casualty Company v. Schneider*
*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE*